**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY B. and JAMISON B., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHEM BLUE CROSS LIFE & HEALTH INSURANCE COMPANY; BLUE CROSS OF CALIFORNIA INC.; ANTHEM UM SERVICES, INC., <br><br> Defendants. <br>_____/ | No. C 14-2253 MMC <br><br> **ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL AND PLAINTIFFS TO SUBMIT CHAMBERS COPY OF MOTION TO REMAND** |

On June 17, 2014, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendants to submit forthwith a chambers copy of their Notice of Removal, filed May 15, 2014, and plaintiffs to submit forthwith a chambers copy of their Motion to Remand, filed June 13, 2014.

**IT IS SO ORDERED.**

Dated: July 1, 2014

_____
MAXINE M. CHESNEY
United States District Judge